### SMITH V. COUNTY TREASURER, ET AL.
Special damages given for an escape through the insufficiency of the gaol.

COMPLAINING, that he attached Richard Spelman, on a note by which he was committed to gaol, and made his escape

through the insufficiency of the gaol; that he recovered judgment on said note before the County Court, in March, A. D. 1789, for £103 18s. 1d. York money debt, and cost £3 10s. 9d. lawful money, and had execution for said sum, which has been returned *non est inventus;* and demands judgment for his damages and cost.

On a hearing the court found that said Spelman made his escape through the insufficiency of the gaol, and gave judgment for £20, the special damages only, and £12 3s. 7d. lawful money cost.